Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CIVIL APPEAL STATEMENT

Please TYPE.  Attach additional pages if necessary.

11th Circuit Docket Number: 25-10500-C

Caption:
**Stefan Passantino**

v.

**United States of America**

District and Division: Northern District of Georgia - Rome Division
Name of Judge: Judge Eleanor L. Ross
Nature of Suit: 360 Other Personal Injury
Date Complaint Filed: 12/20/2023
District Court Docket Number: 4:23-cv-00300
Date Notice of Appeal Filed: 02/13/2025
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

For Appellant:
☑ Plaintiff
☐ Defendant
☐ Other (Specify)

Attorney Name:
Jesse R. Binnall
Jared J. Roberts

Bryan P. Tyson

Mailing Address:
717 King Street, 200
Alexandria, VA 22314/
3630 Peachtree Rd.NE
Suite 550
Atlanta, GA 30326

Telephone, Fax, Email:
(703) 888-1943
(703) 888-1930
jesse@binnall.com
jared@binnall.com
btyson@clarkhill.com

For Appellee:
☐ Plaintiff
☐ Defendant
☐ Other (Specify)

Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ Unspecified |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ _____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $ _____ |
| ☑ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
|  | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
|  | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
|  |  | ☐ Injunction | ☐ Preliminary  ☐ Granted |
|  |  | ☐ Other _____ | ☐ Permanent  ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute  28 U.S. Code Chapter 171
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

**Whether the district court erred in granting the United States's "construed motion" to file an out-of-time Answer, the United States's Motion to Set Aside Entry of Default, the United States's Motion for Extension of Time, and the United States's Motion for Judgment on the Pleadings. And whether the district court erred in denying Mr. Passantino's Motion for Default Judgment as moot.**

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 4th DAY OF March, 2025.

Jared J. Roberts                                          /s/ Jared J. Roberts
NAME OF COUNSEL (Print)                                   SIGNATURE OF COUNSEL