# In the United States Court of Appeals for the Eleventh Circuit

---

Stefan Passantino,

*Appellant*

v.

United States of America,

*Appellee*

---

On Appeal from the United States District Court
for the Northern District of Georgia
District Court Case Number 4:23-cv-00300-ELR

---

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

---

Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jared@binnall.com

Bryan P. Tyson
CLARK HILL PLC
3630 Peachtree Road NE,
Suite 550
Atlanta, Georgia 30326
Tel: 678-370-4377
btyson@clarkhill.com

**COUNSEL FOR APPELLANT**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Ben-David, Neeli

Binnall, Jesse R.

Buchanan, Ryan

Flynn, Shawn M.

Jackson, A. Jonathan

Mendel, Gabriel A.

Moultrie, Jr., Richard S.

Passantino, Stefan

Roberts, Jared J.

Ross, Elanor L. Honorable

Sandoval, Andres H.

Tyson, Bryan P.

United States of America

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Appellant, Stefan Passantino, respectfully moves to extend by 30 days the time to file his reply brief. Good cause exists for this extension.

1.　　Appellant's reply brief in this appeal is due to be filed on August 20, 2025. Appellant has previously been granted a telephonic 30-day extension of time. Appellant seeks to extend the time to file his reply brief in light of both case-specific and schedule-conflict factors.

2.　　This case involves a complex interpretation of 28 U.S.C. § 2680, Exceptions to the Federal Tort Claims Act. The need for additional review and research warrants granting the extension requested.

3.　　Counsel's schedule conflicts also contribute to the basis for this motion, including various filings and hearings in state and federal court, as well as travel for such hearings, conferences, and family vacations.

4.　　The interests of justice and judicial economy will be served by permitting this extension of time in the context of complicated legal issues. Appellant's counsel conferred with Appellee's counsel regarding the relief sought in this motion, and Appellee consents to this extension request.

WHEREFORE, Appellant respectfully requests that this Court extend the time to file the reply brief by 30 days, such that the brief will be due on September 19, 2025.

Dated: August 19, 2025

Respectfully, submitted

/s/    *Jesse R. Binnall*
Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jared@binnall.com

Bryan P. Tyson
CLARK HILL PLC
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30326
Phone: 678-370-4377
btyson@clarkhill.com

*Counsel for Appellant*
*Stefan Passantino*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 227 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.

Dated: August 19, 2025    Respectfully submitted,

            */s/ Jesse R. Binnall*
            Jesse R. Binnall

            *Counsel for Appellant*
            *Stefan Passantino*

## CERTIFICATE OF SERVICE

I certify that on August 19, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jesse R. Binnall*
Jesse R. Binnall

*Counsel for Appellant*
*Stefan Passantino*