# In the United States Court of Appeals for the Eleventh Circuit

---

Stefan Passantino,

*Appellant*

v.

United States of America,

*Appellee*

---

On Appeal from the United States District Court
for the Northern District of Georgia
District Court Case Number 4:23-cv-00300-ELR

---

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

---

Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jared@binnall.com

Bryan P. Tyson
CLARK HILL PLC
3630 Peachtree Road NE,
Suite 550
Atlanta, Georgia 30326
Tel: 678-370-4377
btyson@clarkhill.com

**COUNSEL FOR APPELLANT**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Ben-David, Neeli

Binnall, Jesse R.

Buchanan, Ryan

Flynn, Shawn M.

Jackson, A. Jonathan

Mendel, Gabriel A.

Moultrie, Jr., Richard S.

Passantino, Stefan

Roberts, Jared J.

Ross, Elanor L. Honorable

Sandoval, Andres H.

Tyson, Bryan P.

United States of America

## APPELLANT'S UNOPPOSED MOTION TO EXTEND
## TIME TO FILE REPLY BRIEF

Appellant, Stefan Passantino, respectfully moves to extend by two weeks the time to file his reply brief. Good cause exists for this extension.

1.  Appellant's reply brief in this appeal is due to be filed on November 18, 2025. Appellant has previously been granted a telephonic 30-day extension of time, as well as additional extensions of time for 30 and 60 days.

2.  Appellant respectfully requests a brief extension to finalize its briefing on the complex issues in this case. The need for additional review, research, and a further opportunity for client consultation warrants granting the requested extension

3.  Counsel's schedule conflicts also contribute to the basis for this motion, including, over the next two weeks, due dates for additional appellate briefs in Florida State Court and the Second Circuit, as well opposition briefs in Virginia State Court and the Western District of Texas, the scheduled oral argument in this Court for *Trump, et al. v. Clinton, et al.*, No. 22-13410, on November 18, 2025, and a substantial discovery hearing in the Middle District of Florida on November 19, 2025.

4.     The interests of justice and judicial economy will be served by permitting this extension of time in the context of complicated legal issues. Appellant's counsel conferred with Appellee's counsel regarding the relief sought in this motion, and Appellee consents to this extension request.

WHEREFORE, Appellant respectfully requests that this Court extend the time to file the reply brief by two weeks, such that the brief will be due on December 2, 2025.

Dated: November 18, 2025

Respectfully, submitted

*/s/     Jesse R. Binnall*
Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jared@binnall.com

Bryan P. Tyson
CLARK HILL PLC
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30326
Phone: 678-370-4377

btyson@clarkhill.com

*Counsel for Appellant*
*Stefan Passantino*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 263 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.

Dated: November 18, 2025     Respectfully submitted,

               */s/ Jesse R. Binnall*
               Jesse R. Binnall

               *Counsel for Appellant*
               *Stefan Passantino*

## CERTIFICATE OF SERVICE

I certify that on November 18, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Counsel for Appellant
Stefan Passantino*