No. 25-10500-C

# In the United States Court of Appeals for the Eleventh Circuit

———————————

Stefan Passantino,

*Appellant*

v.

United States of America,

*Appellee*

———————————

On Appeal from the United States District Court
for the Northern District of Georgia
District Court Case Number 4:23-cv-00300-ELR

———————————

## APPELLANT'S MOTION FOR STAY

———————————

Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jared@binnall.com

Bryan P. Tyson
TYSON YOUNKER LLC
1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068
Phone: 678-223-3160
btyson@tysonyounker.law

*Counsel for Appellant Stefan Passantino*

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Ben-David, Neeli

Binnall, Jesse R.

Buchanan, Ryan

Flynn, Shawn M.

Jackson, A. Jonathan

Mendel, Gabriel A.

Moultrie, Jr., Richard S.

Passantino, Stefan

Roberts, Jared J.

Ross, Eleanor L. Honorable

Sandoval, Andres H.

Tyson, Bryan P.

Tyson Younker LLC

United States of America

Younker, David J.

i

## MOTION FOR STAY

Appellant, Stefan Passantino, by and through counsel, hereby moves this Court to stay all proceedings in this appeal. This lawsuit stems from the U.S. House Select Committee to Investigate the January 6th Attack on the United States Capitol's (the "Committee") brazen abuse of governmental power that sought to demolish the impeccable reputation of Plaintiff, Stefan Passantino. Parallel to the Committee's investigations, Fulton County District Attorney Fani Willis was pursuing a political prosecution against President Trump and eighteen of his associates and supporters. Recently, several news outlets identified Judge Eleanor Ross, the district court judge in this matter, as the "Subject Judge" who attended a political event in support of Ms. Willis and Judge Ross seemingly conceded this point in a recent case in which she granted recusal. *See United States v. Raffensperger*, No. 1:26-CV-00485-ELR, Dkt. No. 127, at 5 (N.D. Ga. Jun. 15, 2026) (attached as Ex. A). And, notably, the United States House Committee on the Judiciary discovered that Ms. Willis was coordinating her investigation with the Committee.[1] Accordingly, because of the appearance of injustice, and the actual injustice that occurred in this case, on June 17, 2026, Appellant filed a Federal Rule of Civil Procedure 62.1

---

[1] Press Release, *Chairman Jordan and Rep. Loudermilk Launch Inquiry into Fani Willis Colluding with January 6 Committee*, THE UNITED STATES HOUSE COMMITTEE ON THE JUDICIARY (Dec. 5, 2023), https://judiciary.house.gov/media/press-releases/chairman-jordan-and-rep-loudermilk-launch-inquiry-fani-willis-colluding.

motion for an indicative ruling in the district court seeking relief under Federal Rule of Civil Procedure 60(b)(6) to remedy the district court's violation of 28 U.S.C. § 455.

Pursuant to Eleventh Circuit Rule 12.1-1, "[a] party who files a motion in the district court that the district court lacks authority to grant because an appeal is pending must, within 14 days after filing the motion, serve and file a motion in this court to stay the appeal until the district court rules on the motion before it." Thus, because Appellant filed a motion for an indicative ruling, Appellant respectfully requests that this Court stay all proceedings until the district court issues its indicative ruling.

Dated: June 18, 2026

Respectfully, submitted

*/s/    Jesse R. Binnall*
Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jared@binnall.com

Bryan P. Tyson
TYSON YOUNKER LLC
1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068

Phone: 678-223-3160
btyson@tysonyounker.law

*Counsel for Appellant*
*Stefan Passantino*

## <u>CERTIFICATE OF COMPLIANCE</u>

Undersigned counsel certifies that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(a) because this document contains 395 words.

Undersigned counsel further certifies that this document this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 font size and Baskerville font.

Dated: June 18, 2026                                  Respectfully Submitted,

                                                     */s/    Jesse R. Binnall*
                                                     Jesse R. Binnall

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/    Jesse R. Binnall
Jesse R. Binnall