**No. 25-10500-C**

# In the United States Court of Appeals for the Eleventh Circuit

———————————————

Stefan Passantino,

*Appellant*

v.

United States of America,

*Appellee*

———————————————

On Appeal from the United States District Court
for the Northern District of Georgia
District Court Case Number 4:23-cv-00300-ELR

———————————————

## MOTION TO WITHDRAW
## APPELLANT'S MOTION FOR STAY

———————————————

Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jared@binnall.com

Bryan P. Tyson
TYSON YOUNKER LLC
1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068
Phone: 678-223-3160
btyson@tysonyounker.law

*Counsel for Appellant Stefan Passantino*

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Ben-David, Neeli

Binnall, Jesse R.

Buchanan, Ryan

Flynn, Shawn M.

Jackson, A. Jonathan

Mendel, Gabriel A.

Moultrie, Jr., Richard S.

Passantino, Stefan

Roberts, Jared J.

Ross, Eleanor L. Honorable

Sandoval, Andres H.

Tyson, Bryan P.

Tyson Younker LLC

United States of America

Younker, David J.

i

## MOTION

On June 17, 2026, Appellant filed his motion for indicative ruling in the district court seeking relief under Federal Rule of Civil Procedure 60(b)(6) to remedy the district court's violation of 28 U.S.C. § 455. ECF No. 54, *Passantino v. United States*, No. 4:23-cv-00300 (N.D. Ga. Jun. 17, 2026). Appellant subsequently filed a motion for stay in this Court on June 18, 2026. On June 25, 2026, prior to any response from Appellee, the district court denied Appellant's motion. ECF No. 55. On July 1, 2026, Appellant filed his notice of appeal, appealing the district court's denial. ECF No. 56. Appellant plans to promptly move to consolidate that appeal with this current appeal once the new appeal is docketed in this Court. Accordingly, Appellant now moves to withdraw his pending motion for stay.

Dated: July 2, 2026

Respectfully, submitted

*/s/ Jesse R. Binnall*

Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jared@binnall.com

Bryan P. Tyson
TYSON YOUNKER LLC
1225 Johnson Ferry Road

Suite 600-A
Marietta, GA 30068
Phone: 678-223-3160
btyson@tysonyounker.law

*Counsel for Appellant*
*Stefan Passantino*

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(a) because this document contains 134 words.

Undersigned counsel further certifies that this document this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 font size and Baskerville font.

Dated: July 2, 2026                                    Respectfully Submitted,

_/s/     Jesse R. Binnall_
Jesse R. Binnall

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/    Jesse R. Binnall*
Jesse R. Binnall