# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 06, 2026

Jesse R. Binnall
Binnall Law Group, PLLC
717 KING ST STE 200
ALEXANDRIA, VA 22314

Appeal Number:  25-10500-EE
Case Style:  Stefan Passantino v. USA
District Court Docket No:  4:23-cv-00300-ELR

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135    Capital Cases:              404-335-6200
CM/ECF Help Desk:    404-335-6125    Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action