# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10500
_____

STEFAN PASSANTINO,

*Plaintiff-Appellant,*

*versus*

UNITED STATES OF AMERICA,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 4:23-cv-00300-ELR
_____

ORDER:

The appellant's motion to stay further appellate proceedings is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION